UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL McINTOSH,<br><br>        Plaintiff,<br>vs.<br><br>R. V. VEACH, et al.,<br><br>        Defendants. | No. 1:06-cv-1700-DFH-WTL |

**Entry Discussing Plaintiff's Statement Regarding Claim**

    This action was dismissed without prejudice in a *Judgment* entered on the clerk's docket on February 13, 2008 (dkt 35). The plaintiff has filed an appeal pertaining to that disposition. The appeal has been docketed as No. 08-1459. His request to proceed on appeal *in forma pauperis* is pending in the Court of Appeals, having been denied by this court on March 3, 2008.

    On April 9, 2008, the clerk received and filed a statement from the plaintiff (dkt 46) stating that the conditions alleged in prior filings in the case remain extant. That statement was docketed on April 10, 2008. That statement does not contain either an explicit or implicit claim for relief, but appears to renew the plaintiff's assertion that his underlying claims are meritorious. These circumstances–the plaintiff's view concerning his claim, the post-judgment submission of the statement supporting his claim–do not call into question the appropriateness of the disposition here. Although the plaintiff is proceeding without counsel at present and the court is to liberally construe the pleadings of such litigants, see *Hughes v. Rowe*, 449 U.S. 5, 9 (1980), this generous treatment does not exempt *pro se* litigants from both the substantive and procedural rules of law and does not authorize this court to fashion a separate set of rules for them. *Averhart v. Arrendondo,* 773 F.2d 919 (7th Cir. 1985).

    Based on the foregoing, therefore, any relief which can be thought to be sought through the plaintiff's filing of April 10, 2008 (dkt 46), is **denied.**

    So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Chief Judge
United States District Court

Date:   4/21/2008

Distribution:

Carl McIntosh
Reg. No. 22260-044
F.C.I. Terre Haute
P.O. Box 33
Terre Haute, IN 47808